UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC,            ) | |
|                               ) | |
|     Plaintiff,        ) | Civil Case No. _____ |
|                               ) | |
| v.                            ) | |
|                               ) | |
| JOHN DOE subscriber assigned IP ) | |
| address 71.227.36.142,        ) | |
|                               ) | |
|     Defendant.       ) | |
|                               ) | |

**NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT**

    PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

                      Respectfully submitted,

                      NICOLETTI LAW, PLC

By:   /s/ *Paul J. Nicoletti*
       Paul J. Nicoletti, Esq. (P-44419)
       33717 Woodward Ave, #433
       Birmingham, MI 48009
       Tel:  (248) 203-7800
       E-Fax: (248) 928-7051
       Email:  pauljnicoletti@gmail.com
       *Attorneys for Plaintiff*